CURTIS C. REDING     CHAPTER 13 TRUSTEE

Payee: CLERK OF THE COURT
       1 CHURCH ST
       MONTGOMERY, AL 36104

Check #.: 1869732
Date: Sep 11, 2014

Creditor #: 245952

**1869732**

| Case # | Claim # | Debtor Name(s) | Account # | Principal | Interest | Balance |
|---|---|---|---|---|---|---|
| 0831484 | 00000 | GREGORY MORRIS MIDDLETON | | 0.57 | 0.00 | 0.00 |
| 0910230 | 00015 | ANDRICA MARQUITA SAULSBERRY | 8070410546 UNCLAIMED F | 9.57 | 0.00 | 16.23 |
| 0910347 | 00013 | JOHNNY LYNN JONES | UNCLAIMED FUNDS | 18,260.84 | 0.00 | 0.00 |
| 0910690 | 00027 | HAYWARD LEE & MELINDA S CARPENTER | 0232 | 2.89 | 0.00 | 539.09 |
| 0980714 | 00004 | DERRICK CARLISLE JR & ROLANDA K CARLISLE | 2780 | 416.57 | 1.74 | 0.00 |
| 0931189 | 00013 | ANDREA L MCDANIEL | 5997 PER ROP UNCLAIME | 806.39 | 111.44 | 0.00 |
| 0931189 | 00016 | ANDREA L MCDANIEL | 5997-2 UNCLAIMED FUND | 4,366.32 | 0.00 | 0.00 |
| 0931559 | 00010 | CHRISTY L BOGAN | 9815 BMG MUSIC | 17.02 | 0.00 | 126.62 |
| 0911238 | 00028 | OSCAR THOMAS & LISA M BROWN | 5682 | 53.65 | 0.00 | 293.97 |
| 0911238 | 00030 | OSCAR THOMAS & LISA M BROWN | 5502 | 21.91 | 0.00 | 120.04 |
| 0911325 | 00008 | SYLVIA J MOODY | 7870 | 0.16 | 0.00 | 374.79 |
| 0931825 | 00022 | CRYSTAL ROBIN JOHNSON | 0499 - UNCLAIMED FUNDS | 960.67 | 0.00 | 12,258.11 |
| 0931879 | 00048 | CHARLES W & KATHERYN M CRAMER | 9111 - ORD-UNCLAIMED F | 3,030.90 | 0.00 | 0.00 |
| 0911510 | 00065 | KULISHA S WILLIAMS | 6217 | 2.10 | 0.00 | 298.85 |
| 0932053 | 00000 | RODNEY ALLEN & LARECIA WINGARD SCRUGGS | | 8.79 | 0.00 | 0.00 |
| 0981396 | 00000 | CLIFFORD INSCO | | 20.00 | 0.00 | 0.00 |
| 0911749 | 10001 | JUDY KILLINGSWORTH | 9520055222 04 CHEV S10- | 203.75 | 0.00 | 0.00 |
| 0932560 | 00000 | LABERTIE F PERRYMAN | | 4.18 | 0.00 | 0.00 |
| 0932661 | 00027 | MARLA F BARNES | 7622 | 93.48 | 0.00 | 20,880.98 |
| 0981669 | 00000 | VICKIE F MENAFIELD | | 75.00 | 0.00 | 0.00 |
| 0981674 | 00025 | TAMMY S & JERICHO L FLOYD | 6889 | 11.04 | 0.00 | 117.02 |
| 0932909 | 00009 | SEAN WAYNE ALLEN | 0821 | 644.09 | 67.62 | 0.00 |
| 0981793 | 00015 | LISA DUNN | 7416 | 1,625.19 | 0.00 | 0.00 |
| 0933060 | 00001 | FRANK W & PATRICIA C BASSETT | 9688-UNCLAIMED FUNDS | 605.96 | 0.00 | 0.00 |
| 0933100 | 00003 | WENDY GENISE NUNN | 3708 | 1,240.48 | 5.17 | 0.00 |
| 0912384 | 00017 | THOMAS KENNETH & BRENDA CAROL BASS | 6169- UNCLAIMED FUNDS | 52.76 | 0.00 | 392.62 |
| 0933281 | 00006 | DIANN OWENS | 903357 | 3.48 | 0.00 | 764.04 |
| 0981275 | 00030 | LORRAINE ANN COOK | 1342-UNCLAIMED FUNDS | 381.32 | 0.00 | 0.00 |
| 1030078 | 00000 | CEOLA A MCGHEE | | 76.39 | 0.00 | 0.00 |
| 1031006 | 00000 | SANDRA PADILLA | | 22.68 | 0.00 | 0.00 |
| 1011157 | 00004 | BENNIE J GILBERT | 7580291008 UNCLAIMED F | 354.24 | 0.00 | 0.00 |
| 1081133 | 00010 | LEWIS SMITH JR & CHARLOTTE SMITH | 4266 | 3,742.62 | 0.00 | 0.00 |
| 1011851 | 00000 | JAMES CLINTON & JULIE C GORDY | | 20.00 | 0.00 | 0.00 |
| 1032709 | 00000 | JESSICA A SHERRILL | | 20.00 | 0.00 | 0.00 |
| 1180014 | 00000 | JEREMY TODD WHITLEY | | 9.93 | 0.00 | 0.00 |
| 1130593 | 00000 | ROBERT L CROWDER | | 19.99 | 0.00 | 0.00 |
| 1130737 | 00000 | BARBARA A AGEE | | 9.41 | 0.00 | 0.00 |
| 1180609 | 00005 | LATRESHA N WATTS | EAMCFCU | 16.08 | 0.00 | 2,635.88 |
| 1110772 | 00000 | LINDA D VELA | | 20.00 | 0.00 | 0.00 |
| 1131226 | 00000 | LAWRENCE E COMER | | 20.00 | 0.00 | 0.00 |
| 1110879 | 00000 | LORI A CLARK | | 20.00 | 0.00 | 0.00 |
| 1180899 | 00005 | LESHON BLEDSOE | 9117 | 69.21 | 0.00 | 334.78 |
| 1131688 | 00000 | ROBERT BRYAN STANFIELD | | 20.00 | 0.00 | 0.00 |
| 1131732 | 00000 | RICKEY LOYD & LEE ANN BARROW DENNIS | | 19.99 | 0.00 | 0.00 |

\*\*\* IF MAILING ADDRESS IS INCORRECT, NOTIFY TRUSTEE'S OFFICE IN WRITING. \*\*\*

CURTIS C. REDING, CHAPTER 13 TRUSTEE
Payee: CLERK OF THE COURT
1 CHURCH ST
MONTGOMERY, AL 36104

Check #.: 1869732
Date: Sep 11, 2014

Creditor #: 245952

| Case # | Claim # | Debtor Name(s) | Account # | Principal | Interest | Balance |
|---|---|---|---|---|---|---|
| 1131797 | 00012 | JOHN F & ASHLEY E HOLMAN | 21197915 UNCLAIMED FUI | 31.28 | 0.00 | 0.00 |
| 1210298 | 00000 | CHRISTINE MCLEOD PRATER | | 20.00 | 0.00 | 0.00 |
| 1210697 | 00000 | TONY GORDON | | 20.00 | 0.00 | 0.00 |
| 1231078 | 00018 | YVONNE TAYLOR | 5218- ORDER 2/2014 | 8.02 | 0.00 | 3,157.49 |
| 1281215 | 00000 | SALVADOR M NARANJO | | 2,430.01 | 0.00 | 0.00 |
| 1310035 | 00000 | TAMARIND LETT | | 1.34 | 0.00 | 0.00 |
| 1330505 | 00000 | MICHAEL FITZPATRICK | | 0.97 | 0.00 | 0.00 |
| 1380389 | 00000 | ALBERT GLAZE | | 20.00 | 0.00 | 0.00 |
| 1310652 | 00000 | DEDRA SMITH | | 20.00 | 0.00 | 0.00 |
| 1331030 | 00000 | SUWANNA WHITE | | 74.62 | 0.00 | 0.00 |
| 1331386 | 00000 | MICHAEL SMITH | | 268.10 | 0.00 | 0.00 |
| 1310955 | 00000 | TERRIE L JONES | | 20.00 | 0.00 | 0.00 |
| 1333109 | 00000 | JAVON DAVIS | | 20.00 | 0.00 | 0.00 |
| | | | TOTALS | 40,313.96 | 185.97 | 42,310.51 |

*** IF MAILING ADDRESS IS INCORRECT, NOTIFY TRUSTEE'S OFFICE IN WRITING. ***
Page 2 of 2

CURTIS C. REDING, CHAPTER 13 TRUSTEE
Payee: CLERK OF THE COURT
1 CHURCH ST
MONTGOMERY, AL 36104

Check #.: 1869732
Date: Sep 11, 2014

Creditor #: 245952

# Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

P. O. Box 173
Montgomery, AL 36101-0173
PHONE 334-262-8371 • FAX 334-262-8599

CURTIS C. REDING
TRUSTEE

BETH PEEK
ASSISTANT TRUSTEE

September 11, 2014

United States Bankruptcy Court
Clerk of the Court
Post Office Box 1248
Montgomery, Alabama 36192

RE: Report of Unclaimed Funds

Dear Clerk of the Court:

The following Chapter 13 cases have been closed by Order of the Court; however, certain funds of the estates have been unpaid. Enclosed is check #1869732 for $40,499.93 representing those unpaid funds. Pursuant to Rule 3011 of the Rules of the Bankruptcy Procedure, below is an itemized listing of the names and addresses of those creditors, or debtors, not receiving full payment or refund, under the plans (due to checks not being negotiated).

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| GREGORY MORRIS MIDDLETON<br>08-31484-DHW | GREGORY MORRIS MIDDLETON<br>1291 RIFLE RANGE RD<br>WETUMPKA, AL, 36093 | $0.57 |
| ANDRICA MARQUITA SAULSBERRY<br>09-10230-WRS | ALLTEL<br>ONE ALLIED DR<br>LITTLE ROCK, AR, 72202 | $9.57 |
| JOHNNY LYNN JONES<br>09-10347-WRS | CITICORP TRUST BANK<br>P O BOX 6941<br>THE LAKES, NV, 88901-6941 | $18,260.84 |
| HAYWARD LEE CARPENTER<br>MELINDA S CARPENTER<br>09-10690-WRS | ENTERPRISE INSTANT CASH<br>706 GLOVER AVE<br>ENTERPRISE, AL, 36330 | $2.89 |
| DERRICK CARLISLE JR<br>ROLANDA K CARLISLE<br>09-80714-WRS | BAC HOME LOANS SERVICING LP<br>MAIL STOP TX2-982-03-03<br>7105 CORPORATE DR<br>PLANO, TX, 75024 | $418.31 |
| ANDREA L MCDANIEL<br>09-31189-DHW | U S DEPT OF EDUCATION<br>P O BOX 530260<br>ATLANTA, GA, 30353-0260 | $5,284.15 |
| CHRISTY L BOGAN<br>09-31559-DHW | NATIONAL CREDIT SOLUTION<br>3675 E I 240 SERVICE RD<br>OKLAHOMA CITY, OK, 73135-1733 | $17.02 |

9732

| Debtor & Case No. | Creditor (Debtor) & Address | Amount |
|---|---|---|
| OSCAR THOMAS BROWN<br>LISA M BROWN<br>09-11238-WRS | THE MONEY TREE OF GEORGIA INC<br>114 S BROAD ST<br>BAINBRIDGE, GA, 31717 | $75.56 |
| SYLVIA J MOODY<br>09-11325-WRS | COUNTY OF FAIRFAX<br>OFFICE OF THE COUNTY ATTORNEY<br>12000 GOVERNMENT CENTER PKWY STE 549<br>FAIRFAX, VA, 22035 | $0.16 |
| CRYSTAL ROBIN JOHNSON<br>09-31825-DHW | AMERICAN STUDENT ASSISTANCE<br>100 CAMBRIDGE ST STE 1600<br>BOSTON, MA, 02114 | $960.67 |
| CHARLES W CRAMER<br>KATHERYN M CRAMER<br>09-31879-DHW | BANK OF AMERICA NA<br>P O BOX 660933<br>DALLAS, TX, 75266-0933 | $3,030.90 |
| KULISHA S WILLIAMS<br>09-11510-WRS | THE MONEY TREE OF GEORGIA INC<br>114 S BROAD ST<br>BAINBRIDGE, GA, 31717 | $2.10 |
| RODNEY ALLEN SCRUGGS<br>LARECIA WINGARD SCRUGGS<br>09-32053-DHW | RODNEY ALLEN SCRUGGS<br>LARECIA WINGARD SCRUGGS<br>2455 S PALMER AVE<br>GEORGIANA, AL, 36033 | $8.79 |
| CLIFFORD INSCO<br>09-81396-WRS | CLIFFORD INSCO<br>350 LEE RD 508<br>PHENIX CITY, AL, 36870 | $20.00 |
| JUDY KILLINGSWORTH<br>09-11749-WRS | WELLS FARGO DEALER SERVICES<br>PAYMENT PROCESSING<br>P O BOX 25341<br>SANTA ANA, CA, 92799-5341 | $203.75 |
| LABERTIE F PERRYMAN<br>09-32560-DHW | LABERTIE F PERRYMAN<br>3679 AUDUBON RD<br>MONTGOMERY, AL, 36111 | $4.18 |
| MARLA F BARNES<br>09-32661-DHW | SOCIAL SECURITY ADMINISTRATION<br>P O BOX 3430<br>PHILADELPHIA, PA, 19122-3385 | $93.48 |
| VICKIE F MENAFIELD<br>09-81669-WRS | VICKIE F MENAFIELD<br>700 MLK DR<br>AUBURN, AL, 36832 | $75.00 |
| TAMMY S FLOYD<br>JERICHO L FLOYD<br>09-81674-WRS | THE MONEY TREE OF GEORGIA INC<br>114 S BROAD ST<br>BAINBRIDGE, GA, 31717 | $11.04 |
| SEAN WAYNE ALLEN<br>09-32909-DHW | BAC HOME LOAN SERVICING LP<br>400 COUNTRYWIDE WAY<br>SIMI VALLEY, CA, 93065 | $711.71 |

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| LISA DUNN<br>09-81793-WRS | BAC HOME LOANS SERVICING LP<br>MAIL STOP TX2-982-03-03<br>7105 CORPORATE DR<br>PLANO, TX, 75024 | $1,625.19 |
| FRANK W BASSETT<br>PATRICIA C BASSETT<br>09-33060-DHW | CHASE TAX RELATED PRODUCTS GRP<br>RAL DIVISION<br>P O BOX 272<br>WORTHINGTON, OH, 43085 | $605.96 |
| WENDY GENISE NUNN<br>09-33100-DHW | BANK OF AMERICA NA<br>P O BOX 660933<br>DALLAS, TX, 75266-0933 | $1,245.65 |
| THOMAS KENNETH BASS<br>BRENDA CAROL BASS<br>09-12384-WRS | DEPARTMENT OF VETERAN AFFAIRS<br>BISHOP HENRY WHIPPLE BLDG<br>P O BOX 11930<br>ST PAUL, MN, 55111 | $52.76 |
| DIANN OWENS<br>09-33281-DHW | MONTGOMERY CANCER CENTER<br>4145 CARMICHAEL RD<br>MONTGOMERY, AL, 36106 | $3.48 |
| LORRAINE ANN COOK<br>09-81275-WRS | VATIV RECOVERY SOLUTION LLC AS AGENT<br>FOR PALISADES COLLECTIONS/ASTA<br>FUNDING<br>P O BOX 40728<br>HOUSTON, TX, 77240-0728 | $381.32 |
| CEOLA A MCGHEE<br>10-30078-DHW | CEOLA A MCGHEE<br>P O BOX 83<br>MILLBROOK, AL, 36054 | $76.39 |
| SANDRA PADILLA<br>10-31006-DHW | SANDRA PADILLA<br>2866 ROSEHILL RD<br>MILLBROOK, AL, 36054 | $22.68 |
| BENNIE J GILBERT<br>10-11157-WRS | ALLTEL FINANCIAL SERVICES<br>1 ALLIED DR BLDG 5 3RD FLOOR<br>LITTLE ROCK, AR, 72202-2013 | $354.24 |
| LEWIS SMITH JR<br>CHARLOTTE SMITH<br>10-81133-WRS | BARCLAYS CAPITAL REAL ESTATE INC<br>P O BOX 160101<br>SACRAMENTO, CA, 95816 | $3,742.62 |
| JAMES CLINTON GORDY<br>JULIE C GORDY<br>10-11851-WRS | JAMES CLINTON GORDY<br>JULIE C GORDY<br>606 CHICKASAW RD<br>ENTERPRISE, AL, 36330 | $20.00 |
| JESSICA A SHERRILL<br>10-32709-DHW | JESSICA A SHERRILL<br>7013 RUNNYMEDE DR<br>MONTGOMERY, AL, 36117 | $20.00 |

9732

| Debtor & Case No. | Creditor (Debtor) & Address | Amount |
|---|---|---|
| JEREMY TODD WHITLEY<br>11-80014-WRS | JEREMY TODD WHITLEY<br>808 NORTH HULLEN ST<br>METAIRIE, LA, 70001 | $9.93 |
| ROBERT L CROWDER<br>11-30593-DHW | ROBERT L CROWDER<br>834 BYRNE DR<br>MONTGOMERY, AL, 36111 | $19.99 |
| BARBARA A AGEE<br>11-30737-DHW | BARBARA A AGEE<br>110 ARTHUR DR<br>CLANTON, AL, 35045 | $9.41 |
| LATRESHA N WATTS<br>11-80609-WRS | EAMC FCU<br>C/O MARRELL J. MCNEAL<br>P O BOX 308<br>OPELIKA, AL, 36803-0308 | $16.08 |
| LINDA D VELA<br>11-10772-WRS | LINDA D VELA<br>11327 MANDARIN DR<br>CLERMONT, FL, 34711 | $20.00 |
| LAWRENCE E COMER<br>11-31226-DHW | LAWRENCE E COMER<br>5700 BELL ROAD LOT 10<br>MONTGOMERY, AL, 36116 | $20.00 |
| LORI A CLARK<br>11-10879-WRS | LORI A CLARK<br>555 BAY SPRINGS ROAD<br>DOTHAN, AL, 36303 | $20.00 |
| LESHON BLEDSOE<br>11-80899-WRS | APPROVED CASH ADVANCE<br>2918 20TH AVE STE G<br>VALLEY, AL, 36854 | $69.21 |
| ROBERT BRYAN STANFIELD<br>11-31688-DHW | ROBERT BRYAN STANFIELD<br>1870 MAIN ST<br>MILLBROOK, AL, 36054 | $20.00 |
| RICKEY LOYD DENNIS<br>LEE ANN BARROW DENNIS<br>11-31732-DHW | RICKEY LOYD DENNIS<br>LEE ANN BARROW DENNIS<br>805 CROSSINGS DR<br>MILLBROOK, AL, 36054 | $19.99 |
| JOHN F HOLMAN<br>ASHLEY E HOLMAN<br>11-31797-DHW | ALLIANCEONE<br>P O BOX 2449<br>GIG HARBOR, WA, 98335 | $31.28 |
| CHRISTINE MCLEOD PRATER<br>12-10298-WRS | CHRISTINE MCLEOD PRATER<br>172 GOFF DR<br>OZARK, AL, 36360 | $20.00 |
| TONY GORDON<br>12-10697-WRS | TONY GORDON<br>P O BOX 793<br>MIDLAND CITY, AL, 36350 | $20.00 |

9732

- 5 -

| Debtor & Case No. | Creditor (Debtor) & Address | Amount |
|---|---|---|
| YVONNE TAYLOR<br>12-31078-DHW | BSI FINANCIAL SERVICES<br>400 EAST ROYAL LN STE 290<br>IRVING, TX, 75039 | $8.02 |
| SALVADOR M NARANJO<br>12-81215-WRS | SALVADOR M NARANJO<br>454 VALLEY RD<br>ALEXANDER CITY, AL, 35010 | $2,430.01 |
| TAMARIND LETT<br>13-10035-WRS | TAMARIND LETT<br>6037 WALDEN DR<br>KINSEY, AL, 36303 | $1.34 |
| MICHAEL FITZPATRICK<br>13-30505-DHW | MICHAEL FITZPATRICK<br>720 MARQUETTE DR<br>MONTGOMERY, AL, 36109 | $0.97 |
| ALBERT GLAZE<br>13-80389-WRS | ALBERT GLAZE<br>825 S 15TH ST<br>LANETT, AL, 36863-2737 | $20.00 |
| DEDRA SMITH<br>13-10652-WRS | DEDRA SMITH<br>112 CHESNUT ST<br>ANDALUSIA, AL, 36420 | $20.00 |
| SUWANNA WHITE<br>13-31030-DHW | SUWANNA WHITE<br>P O BOX 1301<br>MILLBROOK, AL, 36054 | $74.62 |
| MICHAEL SMITH<br>13-31386-DHW | MICHAEL SMITH<br>4429 S GASKELL CIRCLE<br>MONTGOMERY, AL, 36106 | $268.10 |
| TERRIE L JONES<br>13-10955-WRS | TERRIE L JONES<br>1927 BRANDON STAND<br>DOTHAN, AL, 36305 | $20.00 |
| JAVON DAVIS<br>13-33109-DHW | JAVON DAVIS<br>3731 WOODLEY RD APT 4B<br>MONTGOMERY, AL, 36116 | $20.00 |

This does certify that the information shown above is true and correct to the best of my knowledge and belief.

Sincerely,

Curtis C. Reding
Chapter 13 Trustee
CCR/BH